# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In re: Carfora, Frank V  § Case No. 816-71745
       Carfora, Roxanne G  §
         §
Debtor(s)  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Marc A. Pergament, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,033,483.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $5,993.79 | Claims Discharged Without Payment: $7,776,775.47 |
| Total Expenses of Administration: $4,006.21 | |

    3) Total gross receipts of $ 10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,213,207.00 | $560,480.13 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,006.21 | 4,006.21 | 4,006.21 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 114,549.20 | 87,672.02 | 87,672.02 | 5,993.79 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 7,730,898.92 | 99,202.15 | 99,202.15 | 0.00 |
| **TOTAL DISBURSEMENTS** | $9,058,655.12 | $751,360.51 | $190,880.38 | $10,000.00 |

    4) This case was originally filed under Chapter 7 on April 21, 2016. The case was pending for 18 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/26/2017          By: /s/Marc A. Pergament
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| FRAUDULENT CONVEYANCE DEENA CARFORA | 1241-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Internal Revenue Service | 4110-000 | N/A | 110,480.13 | 0.00 | 0.00 |
| 8 | Source Ventures LLC | 4110-000 | 450,000.00 | 450,000.00 | 0.00 | 0.00 |
| NOTFILED | Bk of Amer | 4110-000 | 727,964.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibankna | 4110-000 | 33,269.00 | N/A | N/A | 0.00 |
| NOTFILED | MB Fun Svcs | 4210-000 | 1,974.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,213,207.00** | **$560,480.13** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Marc A. Pergament | 2100-000 | N/A | 1,750.00 | 1,750.00 | 1,750.00 |
| Trustee Expenses - Marc A. Pergament | 2200-000 | N/A | 8.97 | 8.97 | 8.97 |
| Attorney for Trustee Fees (Trustee Firm) - Weinberg, Gross & Pergament LLP | 3110-000 | N/A | 2,000.00 | 2,000.00 | 2,000.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Weinberg, Gross & Pergament LLP | 3120-000 | N/A | 117.85 | 117.85 | 117.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.76 | 15.76 | 15.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.30 | 14.30 | 14.30 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.80 | 13.80 | 13.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.21 | 15.21 | 15.21 |
| Other - International Sureties, Ltd. | 2300-000 | N/A | 2.91 | 2.91 | 2.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.24 | 14.24 | 14.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.20 | 15.20 | 15.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.28 | 13.28 | 13.28 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 14.69 | 14.69 | 14.69 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,006.21 | $4,006.21 | $4,006.21 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 -2 | Internal Revenue Service | 5800-000 | 114,549.20 | 87,672.02 | 87,672.02 | 5,993.79 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $114,549.20 | $87,672.02 | $87,672.02 | $5,993.79 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | N/A | 533.41 | 533.41 | 0.00 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | 721.00 | 721.37 | 721.37 | 0.00 |
| 3 -2 | Internal Revenue Service | 7100-000 | N/A | 22,808.11 | 22,808.11 | 0.00 |
| 4 | Financial Pacific Leasing | 7100-000 | 12,000.00 | 7,622.46 | 7,622.46 | 0.00 |
| 5 | Suffolk Vascular | 7100-000 | 275.31 | 818.42 | 818.42 | 0.00 |
| 6 | Provision Diagnostics | 7100-000 | N/A | 25,680.00 | 25,680.00 | 0.00 |
| 7 | Department Store National Bank | 7100-000 | N/A | 689.09 | 689.09 | 0.00 |
| 9 | Luis Khoury Inc | 7100-000 | 40,329.29 | 40,329.29 | 40,329.29 | 0.00 |
| NOTFILED | Unsecured Claims | 7100-000 | 7,677,573.32 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$7,730,898.92** | **$99,202.15** | **$99,202.15** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 816-71745  
**Case Name:** Carfora, Frank V  
Carfora, Roxanne G  
**Period Ending:** 10/26/17

**Trustee:** (521140)   Marc A. Pergament  
**Filed (f) or Converted (c):** 04/21/16 (f)  
**§341(a) Meeting Date:** 06/07/16  
**Claims Bar Date:** 09/19/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY | 1,010,000.00 | 1,010,000.00 | | 0.00 | FA |
| 2 | 2011 MERCEDES BENZ  (See Footnote) | 8,283.00 | 1.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 4 | ELECTRONICS | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 5 | WEARING APPAREL | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 6 | JEWELRY | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 7 | CASH ON HAND | 250.00 | 250.00 | | 0.00 | FA |
| 8 | BANK ACCOUNTS | 150.00 | 150.00 | | 0.00 | FA |
| 9 | INTEREST IN BUSINESS | Unknown | 0.00 | | 0.00 | FA |
| 10 | INTEREST IN BUSINESS | 0.00 | 0.00 | | 0.00 | FA |
| 11 | IRA | 5,300.00 | 5,300.00 | | 0.00 | FA |
| 12 | LICENSES, FRANCHISES, OTHER GENERAL INTANGIBLES | 0.00 | 0.00 | | 0.00 | FA |
| 13 | AMERICAN GENERAL INSURANCE TERM POLICY | 0.00 | 0.00 | | 0.00 | FA |
| 14 | POTENTIAL MALPRATICE CLAIM AG KIRSCHENBAUM | Unknown | 0.00 | | 0.00 | FA |
| 15 | BREACH OF CONTRACT CLAIM DAVID HECKLER MD | Unknown | 0.00 | | 0.00 | FA |
| 16 | MEDICAL EQUIPMENT | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 17 | FRAUDULENT CONVEYANCE DOWLING COLLEGE  (u)  (See Footnote) | 0.00 | 1.00 | | 0.00 | FA |
| 18 | FRAUDULENT CONVEYANCE SUFFOLK COMMUNITY COLLEGE  (u)  (See Footnote) | 0.00 | 1.00 | | 0.00 | FA |
| 19 | FRAUDULENT CONVEYANCE DEENA CARFORA  (u)  (See Footnote) | 0.00 | 1.00 | | 10,000.00 | FA |
| 20 | TAX REFUNDS  (u)  (See Footnote) | 0.00 | 1.00 | | 0.00 | FA |
| **20** | **Assets    Totals** (Excluding unknown values) | **$1,033,483.00** | **$1,025,205.00** | | **$10,000.00** | **$0.00** |

RE PROP# 2     Value identified strictly for reporting purposes  
RE PROP# 17    Value identified strictly for reporting purposes

Printed: 10/26/2017 12:40 PM     V.13.30

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 816-71745  **Trustee:** (521140) Marc A. Pergament
**Case Name:** Carfora, Frank V  **Filed (f) or Converted (c):** 04/21/16 (f)
Carfora, Roxanne G  **§341(a) Meeting Date:** 06/07/16
**Period Ending:** 10/26/17  **Claims Bar Date:** 09/19/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

RE PROP# 18    Value identified strictly for reporting purposes
RE PROP# 19    Value identified strictly for reporting purposes
RE PROP# 20    Value identified strictly for reporting purposes

**Major Activities Affecting Case Closing:**

TFR Submitted 4/17
TDR Submitted 10/17

Interest in Fraudulent Conveyances (3), Tax Refunds and 2011 Mercedes GLK

**Initial Projected Date Of Final Report (TFR):**    December 31, 2018    **Current Projected Date Of Final Report (TFR):**    April 20, 2017  (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 816-71745  
**Case Name:** Carfora, Frank V  
                Carfora, Roxanne G  
**Taxpayer ID #:** \*\*-\*\*\*4576  
**Period Ending:** 10/26/17

**Trustee:** Marc A. Pergament (521140)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*\*\*3466 - Checking Account  
**Blanket Bond:** $44,643,604.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/22/16 | {19} | Frank Carfora | Fraudulent Conveyance Deena Carfora | 1241-000 | 10,000.00 | | 10,000.00 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,990.00 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.76 | 9,974.24 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.30 | 9,959.94 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.80 | 9,946.14 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.21 | 9,930.93 |
| 12/23/16 | 101 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/23/2016 FOR CASE #816-71745, Bond # 016027942 | 2300-000 | | 2.91 | 9,928.02 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.24 | 9,913.78 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.20 | 9,898.58 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.28 | 9,885.30 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.69 | 9,870.61 |
| 08/28/17 | 102 | Weinberg, Gross & Pergament LLP | Dividend paid 100.00% on $2,000.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,000.00 | 7,870.61 |
| 08/28/17 | 103 | Weinberg, Gross & Pergament LLP | Dividend paid 100.00% on $117.85, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 117.85 | 7,752.76 |
| 08/28/17 | 104 | Marc A. Pergament | Dividend paid 100.00% on $1,750.00, Trustee Compensation;  Reference: | 2100-000 | | 1,750.00 | 6,002.76 |
| 08/28/17 | 105 | Marc A. Pergament | Dividend paid 100.00% on $8.97, Trustee Expenses;  Reference: | 2200-000 | | 8.97 | 5,993.79 |
| 08/28/17 | 106 | Internal Revenue Service | Dividend paid  6.83% on $87,672.02; Claim# 3-2; Filed: $87,672.02; Reference: | 5800-000 | | 5,993.79 | 0.00 |

|  |  |  |  | ACCOUNT TOTALS | 10,000.00 | 10,000.00 | $0.00 |
|---|---|---|---|---|---|---|---|
|  |  |  |  | Less: Bank Transfers | 0.00 | 0.00 | |
|  |  |  |  | **Subtotal** | **10,000.00** | **10,000.00** | |
|  |  |  |  | Less: Payments to Debtors | | 0.00 | |
|  |  |  |  | **NET Receipts / Disbursements** | **$10,000.00** | **$10,000.00** | |

{} Asset reference(s)                                                                                                  Printed: 10/26/2017 12:40 PM     V.13.30

Case 8-16-71745-reg    Doc 44    Filed 11/15/17    Entered 11/15/17 10:04:43

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 816-71745 | **Trustee:** Marc A. Pergament (521140) |
| **Case Name:** Carfora, Frank V | **Bank Name:** Rabobank, N.A. |
| Carfora, Roxanne G | **Account:** ******3466 - Checking Account |
| **Taxpayer ID #:** **-***4576 | **Blanket Bond:** $44,643,604.00 (per case limit) |
| **Period Ending:** 10/26/17 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 10,000.00 | | | | |
| | | Net Estate : | $10,000.00 | | | | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******3466** | **10,000.00** | **10,000.00** | **0.00** |
| | **$10,000.00** | **$10,000.00** | **$0.00** |

{} Asset reference(s)    Printed: 10/26/2017 12:40 PM    V.13.30