UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| ROXANNE GAIL CARFORA, D.O.,P.C., | : | Case No. 15-74328 (REG) |
| d/b/a AGELESS 360 MEDICAL GROUP, | : |  |
|  | : |  |
|  | : |  |
| Debtor. | : |  |

## FINAL DECREE AND ORDER CLOSING CHAPTER 11 CASE

Upon consideration of the motion (the "Motion") of Roxanne Gail Carfora, D.O., P.C., d/b/a Ageless 360 Medical Group (the "Debtor"), pursuant to section 350(a) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for entry of a final decree and order closing the Chapter 11 case; and the Court having jurisdiction to consider the Motion; and sufficient notice of the Motion having been given; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. Pursuant to section 350(a) of the Bankruptcy Code and Rule 3022 of the Bankruptcy Rules and the Plan, the Debtor's Chapter 11 case is closed, subject only to this Court's continued jurisdiction as set forth in the Plan, and without prejudice to the rights of any party in interest to seek to reopen the Chapter 11 case for cause shown.

3. The clerk of the Court is directed to mark the Debtor's Chapter 11 case as "closed".

4. The terms of this Order are effective immediately and enforceable upon its entry.

5. The Court shall retain jurisdiction to hear and determine all matters arising from or related to implementation of this Order.

**Dated: Central Islip, New York**
**June 30, 2016**

**Robert E. Grossman**
**United States Bankruptcy Judge**